# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2019

Bridget M. McCormack,
Chief Justice

158010

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MICHELENE CROWLEY,
   Plaintiff-Appellant,

v

SC: 158010
COA: 341722
Macomb CC: 2017-002562-CK

MICHIGAN REALTY SOLUTIONS,
   Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the April 5, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

   VIVIANO, J., would deny leave to appeal.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2019



p0313

Clerk